## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 69 EM 2019
:
Respondent :
:
:
:
v. :
:
:
:
GERALD K. STOKES, :
:
Petitioner :

## <u>ORDER</u>

**PER CURIAM**

 **AND NOW**, this 15th day of October, 2019, the Application for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED*.*